**In re 213 PARTNERS, LLC.**

**No. 2011–1021.**

United States Court of Appeals, Federal Circuit.

July 12, 2011.

Douglas Churovich, Polster, Lieder, Woodruff & Lucchesi, L.C., of St. Louis, MO, argued for appellant.

Brian T. Racilla, Associate Solicitor, United States Patent and Trademark Office, of Alexandria, VA, argued for appellee. With him on the brief were Raymond T. Chen, Solicitor, and Thomas W. Krause, Associate Solicitor.

BRYSON, LINN, and REYNA, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**